IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| TROY RUSSELL ROUSE, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | No. CIV-07-1428-C |
| | ) | |
| SHANE WYATT, et al., | ) | |
| | ) | |
| Defendants | ) | |

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on the Report and Recommendation entered by the United States Magistrate Judge on August 14, 2008. The court file reflects that no party has objected to the Report and Recommendation within the time limits prescribed. Therefore, the Court adopts the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation of the Magistrate Judge is adopted, and the Motions for Summary Judgment filed by Defendants Rodgers (Dkt. No. 43) and Wyatt (Dkt. No. 44) are granted. A judgment shall issue accordingly.

IT IS SO ORDERED this 30th day of September, 2008.

ROBIN J. CAUTHRON
United States District Judge